UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TRINA GARDLEY, | No. 2:24-cv-05659-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHELLE KING, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that that the decision of the Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

Dated: January 31, 2025

_____
JOHN D. EARLY
United States Magistrate Judge